<b>UNITED STATES DISTRICT COURT</b>
<b>DISTRICT OF MINNESOTA</b>

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-368 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| TRAVIS SMITH, | |
| Defendant. | |

---

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Craig Cascarano, **CASCARANO LAW OFFICE**, 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant.

This matter is before the Court on defendant's motion to file a document under seal. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 57] is **GRANTED**.

DATED: June 30, 2010
at Minneapolis, Minnesota

                                                                                               \_\_\_s/\_\_\_\_
                                                                            JOHN R. TUNHEIM
                                                 United States District Judge